UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| CMEDIA SERVICES, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | 1:15-cv-00435-SEB-MJD |
| | ) | |
| SHERMAN T ROGERS, | ) | |
| AQUILA, LLC, | ) | |
| FINE LIGHT PUBLIC RELATIONS, INC., | ) | |
| LANDCO OF SOUTHERN INDIANA, LLC, | ) | |
| WALNUT STREET DEVELOPMENT LLC, | ) | |
| HEARTLAND REALTY OF | ) | |
| BLOOMINGTON, LLC, | ) | |
| HEARTLAND DEVELOPMENT GROUP, | ) | |
| LLC, | ) | |
| CROSSROADS DEVELOPMENT GROUP, | ) | |
| INC., | ) | |
| YFD, LLC, | ) | |
| FL WEST, LLC, | ) | |
| BLOOM INSURANCE AGENCY LLC, | ) | |
| FINELIGHT AGENCY, LLC, | ) | |
| BLOOM MEDIA SERVICES LLC, | ) | |
| JULIA A. ROGERS, | ) | |
| THE JULIE A. ROGERS REVOCABLE | ) | |
| LIVING TRUST, | ) | |
| KEVIN TODD, | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER ADOPTING REPORT AND RECOMMENDATION**

The Magistrate Judge submitted his Report and Recommendation on Defendants' Motion to Dismiss. [Dkt. 87.] The parties were afforded due opportunity pursuant to statute and the rules of this Court to file objections; none were filed. The Court, having considered the Magistrate Judge's Report and Recommendation, hereby adopts the Magistrate Judge's Report and Recommendation. Accordingly, Plaintiff is granted leave to file an amended complaint in

compliance with the Magistrate Judge's Report and Recommendation within **fourteen (14) days** of the date of this Order.

Date: 08/24/2015

_____
SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

Distribution:

Darryn Louis Duchon
dduchon@buckduchon.com

Joseph L. Mulvey
RUBIN & LEVIN, PC
jmulvey@rubin-levin.net

R. Brock Jordan
RUBIN & LEVIN, PC
brock@rubin-levin.net

Andrew Todd Kight
TAFT STETTINIUS & HOLLISTER LLP
akight@taftlaw.com

Richard A. Kempf
TAFT STETTINIUS & HOLLISTER LLP
rkempf@taftlaw.com

Tammara Danielle Porter
TAFT STETTINIUS & HOLLISTER LLP
tporter@taftlaw.com